UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALBERTO CARO TORRES, | |
| Petitioner, | 2:11-cv-00854-KJD-RJJ |
| vs. | |
| D.W. NEVENS, *et al.*, | **ORDER** |
| Respondents. | |

Respondents have filed a motion for a second extension of time in which to file an answer to the petition for a writ of habeas corpus. (ECF No. 25). Respondents seek a 30-day enlargement of time, up to and including January 9, 2013, to file an answer to the petition. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for a second extension of time to file an answer to the petition (ECF No. 25) is **GRANTED.** The answer shall be filed on or before **January 9, 2013.**

DATED: December 10, 2012

_____
UNITED STATES DISTRICT JUDGE