# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALBERTO CARO TORRES,

    Petitioner,

vs.

D.W. NEVENS, *et al.*,

    Respondents.

2:11-cv-00854-KJD-NJK

**ORDER**

    Respondents have filed a motion for a third extension of time in which to file an answer to the petition for a writ of habeas corpus. (ECF No. 29). Respondents seek a 7-day enlargement of time, up to and including January 16, 2013, to file an answer to the petition. Having reviewed the motion and good cause appearing, respondents' motion is granted.

    **IT IS THEREFORE ORDERED** that respondents' motion for a third extension of time to file an answer to the petition (ECF No. 29) is **GRANTED.** The answer shall be filed on or before **January 16, 2013. No further extensions of time will be granted in the absence of extraordinary circumstances.**

    DATED: January 9, 2013

                                                                  UNITED STATES DISTRICT JUDGE