# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALBERTO CARO TORRES,

    Petitioner,

vs.

D.W. NEVENS, *et al.*,

    Respondents.

2:11-cv-00854-KJD-NJK

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.

    On November 15, 2012, the Clerk of Court sent an order to petitioner at his address of record. (ECF No. 23). The order was returned to the Court on November 26, 2012, with markings on the envelope that stated: "return to sender, released." (ECF No. 24). On December 10, 2012, the Clerk of Court sent an order to petitioner at his address of record. (ECF No. 26). On January 7, 2013, the order was returned to the Clerk of Court as undeliverable. (ECF No. 28). On January 9, 2013, the Clerk of Court sent an order to petitioner at his address of record. (ECF No. 30). The order was returned to the Court on January 22, 2013, with markings on the envelope stating "return to sender,

1 discharged." (ECF No. 38).  Also on January 22, 2013, the Clerk of Court sent an order to petitioner
2 at his address of record.  (ECF No. 37).  On February 4, 2013, the order was returned to the Court as
3 undeliverable – markings on the envelope indicate the following: "return to sender – discharged."
4 (ECF No. 41).  Petitioner has not notified the Court of his new address.

      Rule LSR 2-2 of the Local Rules of Special Proceedings and Appeals provides:

> The plaintiff [petitioner] shall immediately file with the court written notification of any change of address.  The notification must include proof of service upon each opposing party or the party's attorney.  Failure to comply with this rule may result in dismissal of the action with prejudice.

In view of petitioner's months' long failure to keep the Court informed of his address as required by LSR 2-2, the Court will dismiss this action with prejudice.

      **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

      **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly.

      DATED: February 7, 2013

_____
UNITED STATES DISTRICT JUDGE